**Teresa DOHERTY, Plaintiff-Appellant,**

v.

**PNC MORTGAGE, A DIVISION OF PNC BANK, NA, Defendant-Appellee.**

**No. 17-1350**

United States Court of Appeals, Fourth Circuit.

Submitted: August 17, 2017

Decided: August 21, 2017

Teresa Doherty, Appellant Pro Se. Michael Joseph Anzelmo, Thomas William McGee, III, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Columbia, South Carolina, for Appellee.

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa Doherty appeals from the district court's orders denying relief in her action filed pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Doherty v. PNC Mortgage*, No. 0:14-cv-04013-TLW (D.S.C. Aug. 21, 2015; filed Mar. 1, 2017 & entered Mar. 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*